```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x
                                                :

UNITED STATES OF AMERICA      :

      -against-            :          **ORDER**

Leudy Matos                     :          14 CR 562 (GHW)
                                                :            Docket #
------------------------------------------x


**Gregory H. Woods**, DISTRICT JUDGE:
   Judge's Name

The C.J.A. attorney assigned to this case **Kenneth Paul, Esq.** is hereby ordered substituted
                               Attorney's Name

and the representation of the defendant in the above captioned matter is assigned to **Scott B. Tulman, Esq.**, NUNC-PRO-TUNC to May 13, 2020.
                               Attorney's Name


SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: May 14, 2020